IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DANIEL CASIANO, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAMDEN COUNTY CORRECTIONAL FACILITY, <br><br> Defendant. | Civil Action <br> No. 16-6812 (JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff Jose Daniel Casiano, Jr. seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

According to the submitted application, Plaintiff earned an average of $20,000 per month last year and anticipates $8,000 in income next month. Taking into consideration the listed monthly expenses, Plaintiff can afford the $350 filing fee and $50 administrative fee. The IFP application will therefore be denied.

An appropriate order follows.

| | |
|---|---|
| **October 19, 2016** | s/ Jerome B. Simandle |
| Date | JEROME B. SIMANDLE <br> Chief U.S. District Judge |